**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-25819/7884009619

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

William G. Hassell and Tonette A. Hassell
      Debtors.
_____

U.S. Bank, N.A.
      Movant,
  vs.

William G. Hassell and Tonette A. Hassell,
Debtors, Diane C. Kerns, Trustee, Trustee.

      Respondents.

No. 4:09-bk-18727-JMM

Chapter 13

ORDER

(Related to Docket #12)

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 26, 2007 and recorded in the office of the Weld County Recorder wherein U.S. Bank, N.A. is the current beneficiary and William G. Hassell and Tonette A. Hassell have an interest in, further described as:

> THE LAND REFERRED TO IN THIS POLICY IS SITUATED IN THE STATE OF CO. COUNTY OF WELD, CITY OF LOCHBUTE AND DESCRIBED AS FOLLOWS: LOT 2. BLOCK 6, HIGHPLAINS FILLING NO. 3 COUNTY OF WELD, STATE OF COLORAOO.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT